ACCEPTED
15-25-00032-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 10:50 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00032-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 10:50:55 AM
CHRISTOPHER A. PRINE
Clerk

---

*In re* NONPARTY PATIENT NO. 1, NONPARTY PATIENT NO. 2, NONPARTY PATIENT NO. 3, NONPARTY PATIENT NO. 4, NONPARTY PATIENT NO. 5, NONPARTY PATIENT NO. 6, NONPARTY PATIENT NO. 7, AND NONPARTY PATIENT NO. 8, NONPARTY PATIENT NO. 9, NONPARTY PATIENT NO. 10, AND NONPARTY PATIENT NO. 11,

*Relators.*

---

On Writ of Mandamus
493rd Judicial District Court, Collin County

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

---

**To the Honorable Fifteenth Court of Appeals:**

The State seeks a 14-day extension of time to file its response to the mandamus petition filed by Relators. *See* Tex. R. App. P. 10.5(b). The State's response brief is currently due on March 28, 2025. This extension, if granted, would extend the deadline to April 11, 20245 This is the first extension sought. Non-party Patients do not oppose this request.

This extension is sought not for delay, but rather to allow the State's counsel adequate time to research, write, and file a brief that will be helpful to the Court. This mandamus action arises out of a series of active litigations currently going forward in Collin County, Dallas County, and this Court. *See, e.g.*, Case No. 15-25-

00021-CV (accelerated appeal out of Dallas County to this Court). Over the past several weeks and throughout this week, counsel for the State has been filing and responding to various emergency motions in all three of these courts, and has participated in several in-person hearings. Due to the significant time and resources needed to address these issues, and the importance of this mandamus petition, counsel for the State will likely not have adequate time to dedicate to its response brief by the current deadline of March 28. A 14-day extension will allow the State to prepare a brief that better explains the issues before this Court.

This extension will not affect the interests of Relators because this Court has already granted a stay pending the outcome of this mandamus action, which will remain in effect throughout this extension and the pendency of the appeal.

Relators do not oppose this extension request.

## PRAYER

For these reasons, the State respectfully requests that the Court grant a 14-day extension of time to file the State's response, creating a new deadline of April 11, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOHNATHAN STONE
Chief, Consumer Protection Division
State Bar No. 24071779

/s/ *Abigail E. Smith*
ABIGAIL E. SMITH
Assistant Attorney General
State Bar No. 24141756

ROB FARQUHARSON
Assistant Attorney General
State Bar No. 24100550

Office of the Attorney General
Consumer Protection Division
12221 Merit Drive, Ste. 650
Dallas, Texas 75251
Tel: (214) 290-8830
Fax: (214) 969-7615
*Counsel for the State*

### CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this document contains 305 words, excluding exempted text.

Respectfully submitted.

/s/ *Abigail E. Smith*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Samuels on behalf of Abigail Smith
Bar No. 24141756
emily.samuels@oag.texas.gov
Envelope ID: 98903083
Filing Code Description: Motion
Filing Description: 20250325 Unopposed Motion for Extension of Time to Respond Case no 32
Status as of 3/26/2025 11:32 AM CST

Associated Case Party: NonParty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jervonne Newsome | | JNewsome@winston.com | 3/26/2025 10:50:55 AM | SENT |
| Thanh Nguyen | | TDNguyen@winston.com | 3/26/2025 10:50:55 AM | SENT |
| William Logan | | WLogan@winston.com | 3/26/2025 10:50:55 AM | SENT |
| Evan Lewis | | edlewis@winston.com | 3/26/2025 10:50:55 AM | SENT |
| Olivia Wogon | | owogon@winston.com | 3/26/2025 10:50:55 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Houston Docketing | | ecf_houston@winston.com | 3/26/2025 10:50:55 AM | SENT |
| Jamie Vargo | | JVargo@winston.com | 3/26/2025 10:50:55 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| David G. Shatto | | david.shatto@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Christopher Molak | | christopher.molak@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 3/26/2025 10:50:55 AM | SENT |